Erica Loftis, Esq. (SBN 259286)
Merdaud Lafarnia, Esq. (SBN 217263)
Adam P. Thursby, Esq. (SBN 318465)
GHIDOTTI BERGER
1920 Old Tustin Ave.
Santa Ana, CA 92705
Office: (949) 427-2010
Fax:  (949) 427-2732
Email:bknotifications@ghidottiberger.com

Attorneys for Creditor
US Bank Trust NA as trustee of the Dwelling Series IV Trust

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| In re:<br><br>**Anthony Leo Gril**<br><br>Debtors. | Case No.: 21-00386-LA13<br><br>GB-1<br><br>Chapter 13<br><br>OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN<br><br>Property: 4444 West Point Loma Blvd Unit 1 San Diego, CA 92107<br><br>The Honorable Judge Louise DeCarl Adler |

TO THE HONORABLE JUDGE LOUISE DECARL ADLER, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, THEIR ATTORNEY OF RECORD AND THE CHAPTER 13 TRUSTEE, DAVID L SKELTON:

US Bank Trust NA as trustee of the Dwelling Series IV Trust, ("**Creditor**"), a secured creditor of the above-named Debtors hereby objects to the confirmation of Debtors' Chapter 13 Plan (the "**Plan**") on the grounds that the Plan does not comply with the provisions of Chapter 13 of Title 11, United States Code, and with other applicable provisions of said Title 11.

This objecting Creditor holds a deed of trust on the Debtor's real property commonly described as 4444 West Point Loma Blvd Unit, San Diego, CA 92107 (the "**Property**"), which is Debtors' principal residence. Creditor is entitled to receive payments pursuant to a Promissory Note which is secured by a Deed of Trust on the subject property As of 1/31/21, the approximate amount in default was $22,483.49, as will be described in the forthcoming Proof of Claim filed by Creditor; Creditor files this Objection to protect its interests.

# I

# ARGUMENT

Application of the provisions of *11 United States Code Section 1325* determines when a Plan shall be confirmed by the Court. Based on the foregoing, as more fully detailed below, the Plan cannot be confirmed as proposed because the Plan does not comply with the provisions of Chapter 13 of the United States Bankruptcy Code.

**A. THE PLAN IS INTERNALLY INCONSISTENT**

Section 3.5 of the Plan provides that Creditor's claim is intentionally excluded from the plan. Section 3.1 of the Plan lists Creditor's Claim and provides a treatment for it. Because the claim is

both treated and excluded under the plan the plan is internally inconsistent and cannot be confirmed

### B. IMPERMISSIBLY MODIFIES CREDITOR"S RIGHTS
11 U.S.C. §1322(b)(2)

The Plan modifies the rights of a creditor whose claim is secured only by a security interest in real property that is Debtors' principal residence in violation of 11 U.S.C. §1322(b)(2) by not providing for payments towards Creditor's arrears. Section 3.1 of The Debtors' Modified Plan, which governs treatment of secured claims, lists Creditor's claim as having $0.00 in arrears. The actual arrears are approximately $22,483.49, as will be listed in creditor's forethcoming proof of claim. The Debtors must provide for the cure of Creditor's arrears.

### C. DOES NOT MEET FULL VALUE REQUIREMENT
11 U.S.C. §1325(a)(5)(B)(ii)

The Debtors' Plan does not provide for cure of the pre-petition arrears owed to Creditor. The pre-petition arrears owed to Creditor are no less than approximately $22,483.49. Debtors' Plan does not provide for payment of any arrears owed to Creditor in Section 3.1 of the plan. Accordingly, Debtors will be required to amend their Plan to fully provide for the pre-petition arrears owed to Creditor. Since Debtors' Plan does not provide for cure of the default of the pre-petition arrears owed to Creditor, the Plan does not meet the full value requirement and fails to satisfy 11 U.S.C. §1325(a)(5)(B)(ii).

///

///

///

///

WHEREFORE, Creditor objects to confirmation of the Plan and requests as follows:

a. Confirmation of the Proposed Chapter 13 Plan be denied; or, in the alternative,

b. Debtor's plan be amended to provide for the full cure of creditor's arrears.

c. For such other relief as this Court deems proper.

DATED: March 11, 2021    GHIDOTTI BERGER

By: /s/ Adam Thursby Esq.
Adam Thursby, Esq.
Attorney for Deutsche Bank National Trust Company, as Certificate trustee on Behalf of Bosco Credit II Trust Series 2010-1

4

CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.
Erica Loftis, Esq. (SBN 259286)
Merdaud Jafarnia, Esq. (SBN 217263)
Adam P. Thursby, Esq. (SBN 318465)
GHIDOTTI BERGER LLP
1920 Old Tustin Avenue
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
bknotifications@ghidottiberger.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re<br>Anthony Leo Gril<br><br>Debtor. | BANKRUPTCY NO. 21-00386 |
|---|---|
| Plaintiff(s) | ADVERSARY NO. GB-1 |
| v.<br><br>Defendant(s) | |

# PROOF OF SERVICE

I, Jeremy Romero, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On 3/27/2020, I served the following documents:

Objection to Confirmation of Debtor's Plan

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On 3/12/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Debtor's Counsel: Maria J. Nunez, mnunez@nunezlawfirm.com, anunez@nunezlawfirm.com

☐ Chapter 7 Trustee:

☑ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☑ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On 3/12/2021, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Debtor: Anthony Leo Gril, 4444 West Point Loma Blvd, Unit 1, San Diego, CA 92107

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  3/12/2021                    /s/ Jeremy Romero
             (Date)                       (Typed Name and Signature)

                                          1920 Old Tustin Ave.
                                          (Address)

                                          Santa Ana, CA 92705
                                          (City, State, ZIP Code)

CSD 3010