**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Order Entered on
April 15, 2021
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re



Debtor.

BANKRUPTCY NO.

Date of Hearing:
Time of Hearing:
Name of Judge:

# ORDER ON

The court orders as set forth on the continuation pages attached and numbered _____ through _____ with exhibits, if any, for a total of _____ pages.  Motion/Application Docket Entry No. _____.

//
//
//
//
//
//
//

DATED: April 14, 2021

_____
Judge, United States Bankruptcy Court

**CSD 1001A** [07/01/18]**(Page 2)**
ORDER ON
DEBTOR:                                                                                               CASE NO:

CSD 1001A

Signed by Judge Louise DeCarl Adler April 14, 2021